United States District Court
Southern District of Texas
**ENTERED**
September 05, 2017
David J. Bradley, Clerk

. 4:17-cv-02304 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TROY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-02304 |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

### PROPOSED ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC. Michael S. Agruss is an attorney in good standing with the Southern District of Texas.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and Defendant is held in Default.

Dated: 9/5/2017

**DAVID J. BRADLEY**

_____, Deputy Clerk
Clerk of Court, United States District Court
for the Southern District of Texas

1